IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD DUBOIS, a/k/a BABY D,<br><br>Defendant. | Case No. 3:20-cr-42<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Jennifer Klemetsrud Puhl, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated: July 15, 2022

JENNIFER KLEMETSRUD PUHL
United States Attorney

By: /s/ *Dawn M. Deitz*
DAWN M. DEITZ
Assistant United States Attorney
ND Bar ID 06534
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
dawn.deitz@usdoj.gov
Attorney for United States