IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BAQUAN SLEDGE, a/k/a RELL, a/k/a TJ,
a/k/a MATTHEW PIERCE,

Defendant.

Case No. 3:20-cr-42-1

**UNITED STATES' MOTION TO DISMISS COUNT ONE OF THE SUPERSEDING INDICTMENT**

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Dawn M. Deitz and Lori H. Conroy, Assistant United States Attorneys, moves the Court for an Order dismissing Count One – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, of the Superseding Indictment. (See Doc. 365.)

The Superseding Indictment charged Baquan Sledge with the crimes of conspiracy to distribute and possess with intent to distribute oxycodone, money laundering conspiracy, possession with intent to distribute oxycodone, maintaining a drug-involved premise, and continuing criminal enterprise. (Doc. 365.) Baquan and Darius Sledge had a joint, 12-day jury trial beginning June 2, 2022. (Doc. 1199, p. 1.) The jury subsequently returned a verdict. (Doc. 1199, p. 8.) The jury found Defendant Baquan Sledge guilty on all charged counts. (Doc. 1201.) On January 17, 2023, Defendant was sentenced to 240 months on Counts One, Two, Three, and Eight, and 360 months on Count Fourteen, to run concurrent to one another. (Doc. 1505.)

Defendant appealed his convictions. (See, Docs. 1509, 1647 and 1647-2.) The Eighth Circuit upheld Defendant's convictions on all counts except Defendant's drug conspiracy conviction. Pursuant to the Eighth Circuit's opinion, the case/matter was remanded to the district court to "vacate the lesser-included conviction" – Count One – due to Baquan's conviction on Count Fourteen, Continuing Criminal Enterprise. (Doc. 1647-2.) The judgment was affirmed in "all other respects." (Id.)

Based upon the foregoing, the United States moves this Court for an order dismissing Count One and to amend the criminal judgment accordingly. (Doc. 1505.)

Dated: August 12, 2024

MAC SCHNEIDER
United States Attorney

By:     /s/ *Dawn M. Deitz*
DAWN M. DEITZ
Assistant United States Attorney
ND Bar ID 06534
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
dawn.deitz@usdoj.gov
Attorney for United States

By:     /s/ *Lori H. Conroy*
LORI H. CONROY
Assistant United States Attorney
ND Bar ID 06416
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
lori.conroy@usdoj.gov
Attorney for United States